IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,    )
       Plaintiff,    )
  v.    )   Case No.: 23-195(ADC)
        )
KENNED A. VELAZQUEZ TOLEDO    )
       Defendant,    )

## MOTION REQUESTING CONTINUANCE OF COP HEARING AND SUGGESTING DATES

TO THE HONORABLE COURT
HON. BRUCE J. MCGIVERIN
US DISTRICT COURT MAGISTRATE JUDGE

COMES NOW Mr. Kenned A. Velazquez Toledo by his attorney, and very respectfully states and prays as follows:

1. The Court has scheduled the Change of Plea hearing for July 3, 2024, at 11:00 am. (ECF# 856)

2. For that date and time, the undersigned has a Lafler/Frye hearing in Crim. case 24-153(GMM).

3. I respectfully request a continuance of the change of pela hearing and respectfully suggest July 16 all day or July 17 in the afternoon, if the court has them available in the calendar.

WHEREFORE it is respectfully requested, that the Honorable Court acknowledge the present motion and to continue the July 3, 2024, COP hearing and

reschedule the hearing for either July 16 all day or July 17 in the afternoon, if the court has them available in the calendar.

In San Juan, Puerto Rico, JUNE 28, 2024.

                S/RAYMOND L. SANCHEZ-MACEIRA
                USDC: 211405
                PO BOX 191972
                SAN JUAN, PR 00919
                TEl 721-3370/ FAX 721-4706

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on June 28, 2024, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: The Assistant United States Attorney

In San Juan P.R. June 28, 2024.

                S/RAYMOND L. SANCHEZ-MACEIRA
                USDC NO. 211405
                PO BOX 191972
                SAN JUAN, PR 00919
                Tel. 787-721-3370/ FAX 787-751-6697